UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | USDC No. 22-mj-195 (RMM) |
| Jonathan Copeland, *defendant*. ) | |

## MOTION TO WITHDRAW

Undersigned counsel Nathan I. Silver, II, Esq. ("counsel"), appointed by this Court under the Criminal Justice Act, respectfully moves the Court to permit him to withdraw from further representation of the defendant. Counsel notes the entry of an appearance by Komron Jon Maknoon, Esq., this 21st day of November, 2022.

In the circumstances, counsel moves the Court to permit him to withdraw from further representation of the defendant, including appearing on defendant's behalf at the status hearing scheduled by videoteleconference (VTC) at 1 p.m. on Jan. 3, 2023..

A proposed Order is attached.

WHEREFORE, the defendant moves the Court to grant said relief.

This pleading is,

Respectfully submitted,

/s/

NATHAN I. SILVER, II
Unified Bar #944314
6300 Orchid Drive
Bethesda, MD 20817
(301) 229-0189 (direct)
(301) 229-3625 (fax)
 email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served via ECF on Jeffrey Kiok, Esq., U.S. Dept. of Justice - CRM, and Komron Jon Maknoon, Esq., this 21st day of November, 2022.

/s/
_____
*Nathan I. Silver, II*