UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | ) Case No. 22-mj-195 |
| | ) |
| Jonathan Copeland, *defendant* | ) |

## ORDER

Upon consideration of the Motion to Withdraw as Attorney by Nathan I. Silver (ECF No. 17), good cause shown, and the entire record, it is hereby

ORDERED that attorney Nathan I. Silver, Esq. is permitted to withdraw as counsel of record in the above-referenced case. Defendant has acquired retained counsel, *see* ECF No. 16, and such counsel has entered its appearance accordingly. As such, Mr. Silver is excused from future proceedings unless otherwise ordered by the Court. SO ORDERED.

_____
The Honorable Zia M. Faruqui
United States Magistrate Judge