IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **JONATHAN JOSEPH COPELAND,** <br><br> **Defendant.** | **CR NO. 22-MJ-195** |

# ORDER

Based upon the representations in the Consent Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is GRANTED; it is further ORDERED that the currently scheduled preliminary hearing on February 28, 2023, be continued for good cause to May 2, 2023, at 1 p.m.; and it is further

**ORDERED** that the time between February 28, 2023, and May 2, 2023, shall be excluded from calculation under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution and the parties additional time to review discovery.

_____
THE HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE